**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  JONATHAN C. HIRSCH (P46952)

_____/

No. 12-MC-50859
Honorable Patrick J. Duggan
Honorable John Corbett O'Meara
Honorable George Caram Steeh

**ORDER**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 1, 2012.

Petitioner Jonathan C. Hirsch was suspended from the practice of law in the State of

Michigan for a period of one hundred seventy-nine (179) days commencing January 25,

2012.  As a result of this "discipline," Petitioner was suspended from the practice law  before

the United States District Court and the United States Bankruptcy Court for Eastern District

of Michigan on June 12, 2012.

On July 25, 2012, Petitioner submitted an affidavit to the Attorney Discipline Board

seeking to be automatically reinstated.  On July 26, 2012, the Attorney Discipline Board

issued a "Notice of Automatic Reinstatement."

On September 12, 2012, Mr. Hirsch filed a Petition for Reinstatement to "practice law

in this Court."  This petition was assigned to the undersigned panel.

The panel has received a copy of the Grievance Administrator's Reinstatement Report

which contains information upon which the suspension and sanctions were based.  The panel

has  carefully  reviewed  the  Grievance  Administrator's  Reinstatement  Report  and  the

information which led to the suspension and sanctions, and the panel sees no further need for any additional hearings on this matter. The Attorney Grievance Commission has not indicated any objection to this Court granting Mr. Hirsch's petition to be reinstated to practice law in this court, and the Court has received no information that might call into question Mr. Hirsch's right to be admitted practice in this court.

Based on the information presented to this panel, the panel unanimously agrees that Mr. Hirsch's petition for reinstatement to practice law in this court should be granted.

Therefore,

IT IS ORDERED that Jonathan C. Hirsch's license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan is hereby reinstated.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge
>
> s/John Corbett O'Meara
> John Corbett O'Meara
> United States District Judge
>
> s/George Caram Steeh
> George Caram Steeh
> United States District Judge